**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Martin MERCADO–GARZA,**
**Defendant–Appellant.**

**No. 06–40506**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 7, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Martin Mercado–Garza, McAllen, TX, pro se.

---

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Martin Mercado–Garza (Mercado) pleaded guilty to conspiring to possess, with the intent to distribute, more than 100 kilograms of marijuana. He was sentenced to 87 months of imprisonment and a four-year term of supervised release.

Mercado argues that the district court, in determining his sentence, improperly considered prior arrests for which no conviction resulted. He refers this court, however, only to instances where the district court considered his four prior convictions. He does not contest the validity of those convictions. As these arrests culminated in convictions, this argument lacks merit.

Mercado contends that the district court erred in adding two points to his criminal history score, pursuant to U.S.S.G. § 4A1.1(d), based on the fact that, at the time he committed the instant offense, he was on probation for a Washington forgery conviction. He maintains that his probationary period was extended solely due to his failure to pay a fine and that it was therefore improper to use that probationary period to apply § 4A1.1(d).

We have conducted a de novo review of the district court's application of § 4A1.1(d). *See United States v. Cisneros-Gutierrez,* 517 F.3d 751, 764 (5th Cir. 2008). We need not address Mercado's argument because the application of § 4A1.1(d) was supported by the fact that, at the time Mercado committed the instant offense, he was on probation following an Oregon kidnapping conviction as he had absconded from supervision on that probation term. Mercado has made no argument with regard to his Oregon kidnapping conviction or the district court's use thereof to apply § 4A1.1(d) in calculating his guidelines sentencing range.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.